### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**PATRICIA LEWIS**                                                         **PLAINTIFF**

v.                                          No. 4:14-cv-78-DPM

**ARKANSAS CHILDREN'S HOSPITAL**                              **DEFENDANT**

### JUDGMENT

The complaint is dismissed with prejudice.

_____

D.P. Marshall Jr.
United States District Judge

13 March 2015